**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HADI ABADKARBEHROUZ, | No.  1:26-cv-01262 JLT SKO (HC) |
| Petitioner, | A-Number: Unknown - Redacted |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (Doc. 10) |
| KRISTI NOEM, et al., | ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS, DIRECTING |
| Respondents. | RESPONDENTS TO PROVIDE BOND HEARING WITHIN 14 DAYS, AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE |

Hadi Abadkarbehrouz is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  On March 27, 2026, the assigned Magistrate Judge issued Findings and Recommendations to grant the petition.  (Doc. 10.)  The Court served the Findings and Recommendations on all parties and notified them that any objections were due within 10 days.  (Doc. 10.)  On April 6, 2026, Respondents filed objections. (Doc. 11.)

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.

Based upon the foregoing, the Court **ORDERS**:

1.    The Findings and Recommendations issued on March 27, 2026, (Doc. 10), are

1

**ADOPTED** in full.

2.      The petition for writ of habeas corpus is **GRANTED**.

3.      Respondents are **ORDERED TO PROVIDE** Petitioner with a bond hearing within 14 days before an IJ wherein the Government must demonstrate by clear and convincing evidence, in accordance with the requirements of *Singh v. Holder*, 638 F.3d 1196, 1208 (9th Cir. 2011), that Petitioner is not a flight risk or a danger to the community, or in the alternative, release Petitioner on appropriate conditions of supervision.

4.      The Clerk of Court is directed to enter judgment and close the case.

IT IS SO ORDERED.

Dated:   **April 8, 2026**

_____
UNITED STATES DISTRICT JUDGE

2